THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERICA SCOTT, | CASE NO. C18-0063-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MULTICARE HEALTH SYSTEM and CHAD KRILICH, individually, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The date by which the parties must complete Rule 39.1 mediation is hereby EXTENDED to Friday, May 24, 2019.

DATED this 21st day of February 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0063-JCC
PAGE - 1